**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD VALDEZ, | ) | NO. SACV 17-1935-GW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STUART SHERMAN, Warden | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is conditionally granted, Within ninety (90) days of the entry of Judgment herein, or such further time as reasonably allowed under state law, Respondent shall release

//
//
//

Petitioner unless, within that period of time, the State of California elects to grant Petitioner a new trial.

DATED: May 15, 2020.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE